| | |
|---|---|
| **From:** | Gabriel Coyle <coyleg3@yahoo.com> |
| **Sent:** | Wednesday, December 1, 2021 8:48 PM |
| **To:** | PAED Documents |
| **Subject:** | Signed complaint 2:21-cv-04704E.G.S. |
| **Attachments:** | Scan12012021204407.pdf |

**CAUTION - EXTERNAL:**

Sent from Yahoo Mail on Android

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.